**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CARLA JEAN BROWNING,                   *
                                       *
              Plaintiff,               *
v.                                     *
                                       *
CAROLYN W. COLVIN, Acting              *        No. 2:12CV00126-JJV
Commissioner, Social Security          *
Administration,                        *
                                       *
              Defendant.               *

**ORDER AND JUDGMENT**

The Defendant filed an Unopposed Motion to Reverse and Remand to the Commissioner for

further administrative proceedings.  (Doc. No. 19.)  For good cause shown, the Motion to Reverse

and Remand is GRANTED.

This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of April, 2013.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE